UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSH & McLENNAN AGENCY LLC,<br><br>Plaintiff,<br><br>- against -<br><br>ALLIANT INSURANCE SERVICES, INC. and KATHLEEN JOHNSON,<br><br>Defendants. | Case No. 1:25-cv-9837-GHW<br><br>**DEFENDANT ALLIANT INSURANCE SERVICES, INC.'S NOTICE OF MOTION TO DISMISS** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendant Alliant Insurance Services, Inc. will move this Court, before the Honorable Gregory H. Woods, United States District Court Judge, at a date and time to be determined by the Court, at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, New York, NY 10007, for an Order dismissing claims asserted against it in the Complaint pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: New York, NY<br>December 8, 2025 | MORGAN, LEWIS & BOCKIUS LLP<br><br>*/s/ Peter M. Fay*<br>Timothy J. Stephens<br>Peter M. Fay<br>Timothy R. Gordon<br>101 Park Avenue<br>New York, NY 10178<br>(212) 309-6000<br>timothy.stephens@morganlewis.com<br>peter.fay@morganlewis.com<br>timothy.gordon@morganlewis.com<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 8th day of December, 2025, he caused to be served a copy of the foregoing document, with the accompanying Memorandum of Law, on all counsel of record via the Court's ECF system.

*/s/ Peter M. Fay*
Peter M. Fay
