# Morgan Lewis

**Timothy J. Stephens**
Partner
+1.212.309.6805
timothy.stephens@morganlewis.com

December 16, 2025

<u>**Via ECF**</u>

The Honorable Gregory H. Woods
United States District Court
500 Pearl Street, Room 2260
New York, NY 10007

  Re: **Marsh & McLennan Agency LLC v. Alliant Insurance Services, Inc. and Kathleen Johnson, Case No. 1:25-cv-9837**

Dear Judge Woods:

We represent the defendants in the above-captioned action. We write to request an extension of time for defendant Kathleen Johnson to file an answer to the Complaint. The original due date is December 17, 2025 and we request an extension until January 6, 2026. The reason for the request is fact gathering and that expedited discovery responses are similarly due on January 6, 2026. Ms. Johnson will file an answer to the Complaint on that date and will not file any Rule 12(b) motion in response to the Complaint. No prior requests for an extension of this date have been made. Counsel for plaintiff consents to the requested extension. Thank you.

Respectfully,

*/s/ Timothy J. Stephens*

Timothy J. Stephens

cc: All counsel of record (via ECF)

DB1/ 164995067.1

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060
United States
 +1.212.309.6000
 +1.212.309.6001