

Attorneys at Law

David W. Garland
t  212.351.4708
f  212.878.8600
DGarland@ebglaw.com

February 3, 2026

<u>VIA ECF</u>

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Marsh & McLennan Agency LLC v. Alliant Insurance Services, Inc., and Kathleen Johnson*, Case No. 25-cv-9837-GHW

Dear Judge Woods:

This firm represents Plaintiff Marsh & McLennan Agency LLC ("MMA") in the above-captioned matter. We write jointly on behalf of all Parties to advise the Court that the Parties are engaged in active settlement discussions and are working toward finalizing a resolution of this Action this week.

In light of those discussions, the Parties respectfully request that the Court (i) take the evidentiary hearing currently scheduled for February 10–11, 2026 off the Court's calendar, and (ii) refrain from ruling on Defendant Alliant Insurance Services, Inc.'s pending motion to dismiss while the Parties continue their settlement efforts.

The Parties will promptly notify the Court if settlement is reached or, if discussions do not resolve the Action, will promptly request that the evidentiary hearing be rescheduled and that the Court proceed as appropriate.

We appreciate the Court's consideration of this joint request.

Respectfully submitted,

*/s/ David W. Garland*
David W. Garland

cc: All counsel of record (*via* ECF)

Epstein Becker & Green, P.C.  |  875 Third Avenue  |  New York, NY 10022  |  t 212.351.4500  |  f 212.878.8600  |  ebglaw.com