

Attorneys at Law

David W. Garland
t  212.351.4708
f  212.878.8600
DGarland@ebglaw.com

February 4, 2026

<u>VIA ECF</u>

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Marsh & McLennan Agency LLC v. Alliant Insurance Services, Inc., and Kathleen Johnson*, Case No. 25-cv-9837-GHW

Dear Judge Woods:

    This firm represents Plaintiff Marsh & McLennan Agency LLC ("MMA") in the above-captioned matter. We write jointly on behalf of all Parties to seek a clarification of Your Honor's Order yesterday granting the Parties' Application "in part."  (ECF No. 78). The endorsement does not expressly address the portion of the Parties' Application that the Court "refrain from ruling on Defendant Alliant Insurance Services, Inc.'s pending motion to dismiss while the parties continue their settlement efforts."  Since that request was an essential part of the Parties' request, we would appreciate Your Honor confirming that the Court also granted that portion of the Application (if, in fact, that was the case).

    Thank you for Your Honor's courtesies int this matter.

                                    Respectfully submitted,

                                    */s/ David W. Garland*
                                    David W. Garland

cc: All counsel of record (*via* ECF)