

EPSTEIN
BECKER
GREEN

Attorneys at Law

David W. Garland
t  212.351.4708
f  212.878.8600
DGarland@ebglaw.com

March 10, 2026

<u>VIA ECF</u>

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Marsh & McLennan Agency LLC v. Alliant Insurance Services, Inc.,
and Kathleen Johnson*, Case No. 25-cv-9837-GHW

Dear Judge Woods:

This firm represents Plaintiff Marsh & McLennan Agency LLC ("MMA") in the above-captioned matter. We write jointly on behalf of all Parties pursuant to the Court's February 3, 2026 Order (ECF No. 78), which directed the Parties to submit a joint letter no later than March 10, 2026, informing the Court of the status of settlement discussions.

The Parties have exchanged written settlement proposals and are continuing to engage in discussions regarding a potential resolution of this matter. We will promptly advise the Court if those discussions result in a resolution.

Thank you for Your Honor's courtesies in this matter.

Respectfully submitted,

*/s/ David W. Garland*
David W. Garland

cc: All counsel of record (*via* ECF)