

**EPSTEIN BECKER GREEN**

Attorneys at Law

David W. Garland
t  212.351.4708
f  212.878.8600
DGarland@ebglaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2026

## MEMORANDUM ENDORSED

March 24, 2026

Application granted.  In light of the parties' settlement, the scheduled preliminary injunction hearing and associated deadlines are adjourned *sine die*.  The Court understands that the parties are not now asking the Court to enter the attached proposed order, and therefore takes no position on it at this time.  The Court observes, however, that the proposed order incorporates by reference a confidential settlement agreement. This Court will not embed in an order the terms of an undisclosed agreement.  *See* Individual Rule 4(E).

SO ORDERED.

March 25, 2026 New York, New York

GREGORY H. WOODS
United States District Judge

VIA ECF

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Marsh & McLennan Agency LLC v. Alliant Insurance Services, Inc., and Kathleen Johnson*, Case No. 25-cv-9837-GHW

Dear Judge Woods:

This firm represents Plaintiff Marsh & McLennan Agency LLC ("MMA") in the above-captioned matter. The parties write jointly to inform the Court that they have reached a settlement and executed a confidential settlement agreement resolving this action in full (the "Agreement").

As part of the Agreement, Defendants have consented to the entry of the attached Consent Judgment and Permanent Injunction Order (the "Order"). The Agreement includes a release subject to a statutory revocation period under the Older Workers Benefit Protection Act, which is expected to expire on March 31, 2026. The parties will promptly notify the Court upon expiration of that period and request that the Court enter the attached Order at that time.

In light of the settlement, the parties respectfully request that the Court remove the March 30, 2026 evidentiary hearing from the calendar and relieve the parties of their upcoming pre-hearing obligations.

Thank you for Your Honor's courtesies in this matter.

Respectfully submitted,

*/s/ David W. Garland*
David W. Garland

cc: All counsel of record (*via* ECF)