USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                              :

MARSH & MCLENNAN AGENCY, LLC,    :

                              :

             Plaintiff,    :            1:25-cv-9837-GHW

                              :

        -v-              :            ORDER

                              :

ALLIANT INSURANCE SERVICE, INC., *et al.*,  :

                              :

          Defendants.   :

                              :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 15, 2026, the Court signed the parties' stipulation for entry of consent judgment and permanent injunction order.  Dkt. No. 93.  There remain no further issues to be litigated in this case.  Accordingly, the Clerk of Court is directed to terminate all motions, to adjourn all pending dates, and to close this case.

        SO ORDERED.

Dated:  April 15, 2026
       New York, New York

                                     _____
                                      GREGORY H. WOODS
                               United States District Judge